07-19-'07 12:00 FROM-                                      T-795 P002/002 F-681

**Kennedy Johnson Gallagher** LLC

99 Wall Street  |  15th Floor  |  New York, NY 10005

dmcnally@kjglaw.com
Direct Dial: (212) 248-2228





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

July 19, 2007

**BY FACSIMILE (212-805-7948)**

Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courtroom
500 Pearl Street, Room 1950
New York, New York 10007-1312

RE: *Laboratoires Perouse, S.A.S. v. W.L. Gore & Associates, Inc.* 2006 CV 5276 (RJH)

Dear Judge Holwell:

We write as counsel to plaintiff / counterclaim defendant Laboratoires Perouse, S.A.S. ("**Perouse**") to seek permission to file an exhibit as a paper document, rather than electronically, due to the size of the exhibit.

Pursuant to the Scheduling Order in this action, the parties exchanged Opening Claim Construction Briefs on July 13, 2007 (the "**Opening Claim Construction Brief**"). On August 13, 2007, the parties will be exchanging Reply Claim Construction Briefs and will be electronically filing both their Opening and Reply Claim Construction Briefs and all accompanying declarations and exhibits.

Perouse included as an exhibit to its Opening Claim Construction Brief a certified copy of the patent prosecution history of the patent-in-suit, U.S. Patent No. 6,019,787 and a certified copy of the patent prosecution history of the parent patent to the patent-in-suit, U.S. Patent No. 5,755,769. The electronic document for this exhibit is approximately 44 megabytes, which is too large for electronic filing, according to the Electronic Case Filing Guidelines. Therefore, we seek the Court's permission to file the exhibit as a paper document.

Respectfully submitted,

Derek McNally

SO ORDERED

[signature]

USDJ
7/23/07

cc: David H. Pfeffer, Esq. (by facsimile)
    *Attorney for defendant / counterclaim plaintiff W.L. Gore & Associates, Inc.*

T 212.248.2220  |  F 212.248.0170  |  www.kjglaw.com