UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                Index # 07-CV-6019

  -against-

                                        **CERTIFICATE OF SERVICE**

M & J WINS, INC.
d/b/a THE UPPER DECK
and JAMES WINSMAN JR.
                Defendants,
_____

       I certify that a copy of the Summons and Amended Complaint was sent via the U.S. Postal Service Certified Mail Return Receipt Requested within the State of New York, First Class Mail addressed to the following on September 11, 2007:

To:    James Winsman Jr.
        122 W Fulton Street.
        Gloversville, NY 12078


                                    By:   /s/ Lucille Eichler
                                                Lucille Eichler
                                                Paul J. Hooten & Associates
                                                5505 Nesconset Highway, Suite 203
                                                Mt. Sinai, NY 11766