

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

       Plaintiff    07 CV 6019

 -AGAINST-

M & J WINS, INC.
d/b/a THE UPPER DECK    **DEFAULT JUDGMENT**
and JAMES WINSMAN JR.

       Defendant
-------------------------------------------------X

 This action having been commenced on June 25, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, M & J Wins, Inc d/b/a The Upper Deck and James Winsman Jr., on August 6, 2007 by personal service on M & J Wins, Inc d/b/a The Upper Deck and James Winsman Jr., and a proof of service having been filed on August 17, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on September 21, 2007, it is

 ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $20,000.00 with interest at 9% from June 25, 2005, amounting to $4,800.00; plus costs and disbursements of this action in the amount of $470.00, and attorney fees in the sum of $700.00 amounting in all to $25,970.00.

Dated: New York, New York

Richard J. Holwell
United States District Judge

*[Handwritten note, without prejudice:]* Plaintiff's application for a default judgment is denied. No certificate of default appears on the record. Plaintiff is directed to consult this Court's Individual Practices and its decision in J&J Sports Prods v. Schrader, 485 F Supp 2d 422 (SDNY 2007) before filing another application.

SO ORDERED:
Date: 3/12/08
Richard J. Holwell, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08