UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

-against-

M & J WINS, INC. and JAMES WINSMAN, JR.

                Defendants.

07 Civ. 6019 (RJH)

**ORDER**

The records of this Court indicate that there has been no activity in this case since March 2008. If plaintiff does not take steps to prosecute this action on or before September 1, 2008, the action will be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: New York, New York
       July 21, 2008

                                        Richard J. Holwell
                                        United States District Judge