FORM 19 – SECRETARY OF STATE – 306 BCL
**1PJH883841** – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

_____
**J & J SPORTS PRODUCTIONS, INC.,**

    PLAINTIFF
– vs. –

**M & J WINS INC DBA THE UPPER DECK ET ANO,**

    DEFENDANT
_____

Index No: **07 CV 6019**
Date Filed:  /  /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DANIEL MILLER** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **08/06/2007** at **12:40PM** at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the **SUMMONS AND COMPLAINT** upon **M & J WINS INC DBA THE UPPER DECK** the **DEFENDANT** in this action by delivering to and leaving with **AMY LESCH, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 306 of the BCL.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Division of the State of New York.

Deponent further describes the person actually served as follows:

    SEX: **FEMALE**      COLOR: **WHITE**      HAIR: **BROWN**
    APP. AGE: **40**      APP. HT: **5'7**      APP. WT: **165**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **08/08/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DANIEL MILLER
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J & J SPORTS PRODUCTIONS, INC.
          Plaintiff,   Index # 07-CV-6019

-against-

          **CERTIFICATE OF SERVICE**

M & J WINS, INC.
d/b/a THE UPPER DECK
and JAMES WINSMAN JR.
          Defendants,

---

    I certify that a copy of the Summons and Amended Complaint was sent via the U.S. Postal Service Certified Mail Return Receipt Requested within the State of New York, First Class Mail addressed to the following on September 11, 2007:

To:   James Winsman Jr.
       122 W Fulton Street.
       Gloversville, NY 12078

                   By: *Lucille Eichler*
                        Lucille Eichler
                        Paul J. Hooten & Associates
                        5505 Nesconset Highway, Suite 203
                        Mt. Sinai, NY 11766

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JAMES WINSMAN JR.
   122 W. FULTON STREET
   GLOVERSVILLE, NY 12078

7005 0390 0002 0183 1261

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 9/13/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt   102595-02-M-1540

