## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **07-CV-6019** |
| **M & J WINS, INC.** | ) | |
| **d/b/a THE UPPER DECK** | ) | |
| **and JAMES WINSMAN JR.** | ) | |
| | ) | |
| Defendant, | ) | **CLERK'S CERTIFICATE** |
| | ) | **OF DEFAULT** |
| | ) | |

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, pursuant to Fed R. Civ. P. 55, do hereby certify that the docket entries in the above-entitled action indicate that the defendant, M & J Wins, Inc. d/b/a The Upper Deck and James Winsman Jr. were served with a copy of the Summons and Complaint in the above-entitled action on August 6, 2007.

I further certify that the docket entries indicate that the defendant M & J Wins, Inc. d/b/a The Upper Deck and James Winsman Jr. has not filed an Answer. The Default of the defendant, M & J Wins, Inc. d/b/a The Upper Deck and James Winsman Jr. is hereby entered according to law.

DATED: New York, New York
          SEPT 21,          , 2007

J. Michael McMahon
CLERK OF THE COURT

